# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

KEN JOHANSEN,

            Plaintiff,

vs.

HOMEADVISOR, INC., et al.,

            Defendant.

Case No.: 2:16-cv-00121

Judge Marbley

Magistrate Judge Deavers

## ORDER

This matter is before the Court on Defendant One Planet Ops, Inc.'s *Unopposed Motion to Stay Action Pending Resolution of Rule 23(f) Petition and Any Subsequent Appeal* (Doc. 61), which requests that this action be stayed until Defendant's petition, pursuant to Rule 23(f), for leave to appeal the Court's Order Certifying Class (Doc. 60, PageID # 1334–44) has been resolved, or, if granted, until One Planet's appeal has concluded.

After due consideration and for good cause shown, Defendant's Unopposed Motion to Stay is hereby GRANTED. This action will be stayed until Defendant's petition for leave to appeal has been resolved, or, if granted, until One Planet's appeal has concluded.

**IT IS SO ORDERED.**

Date: April 10, 2018

                                              /s/ *Elizabeth A. Preston Deavers*
                                           ELIZABETH A. PRESTON DEAVERS
                                           UNITED STATES MAGISTRATE JUDGE