IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KEN JOHANSEN,**

    Plaintiff,

    v.

Civil Action 2:16-cv-00121
Judge Algenon L. Marbley
Chief Magistrate Judge Elizabeth P. Deavers

**ONE PLANET OPS, INC.,**

    Defendant.

## ORDER

This matter is before the Court on the parties' Joint Status Report. (ECF No. 91.) The parties report that they have agreed to the proposed settlement agreement, documents regarding the proposed notice plan, and proposed approval orders. The parties further report that the settlement agreement has been executed by Plaintiff and Defendant is currently reviewing the settlement and exhibits and should have everything approved and signed this week.

This matter is hereby scheduled for an in-person **STATUS CONFERENCE** on **FRIDAY, JULY 26, 2019** at **9:00 A.M.** in the chambers of the Undersigned unless an appropriate settlement agreement and a motion for preliminary approval have been filed before that date.

    **IT IS SO ORDERED.**


**Date: July 16, 2019**           */s/ Elizabeth A. Preston Deavers*
                                               **ELIZABETH A. PRESTON DEAVERS**
                                               **CHIEF UNITED STATES MAGISTRATE JUDGE**