# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| KEN JOHANSEN, | : |
| | : |
| Plaintiff, | : |
| | : Case No. 2:16-CV-0121 |
| v. | : |
| | : CHIEF JUDGE ALGENON L. MARBLEY |
| ONE PLANET OPS, INC., | : |
| | : Magistrate Judge Preston Deavers |
| Defendant. | : |

## ORDER RESETTING TIME FOR
## FINAL APPROVAL HEARING

Due to a conflict with the Court's Calendar, the time for the Final Approval Hearing is rescheduled for **11:30 a.m**. on **Tuesday, February 25, 2020 at 11:30 a.m.** in Court Room 1, Room 331 of the U. S. Courthouse located at 85 Marconi Boulevard, Columbus, Ohio.  Upon arrival, counsel will enter their appearance with the Court Reporter and the Courtroom Deputy Clerk before the start of the opening session of the hearing or any other proceeding before the Court.

**IT IS SO ORDERED.**

    s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**Chief United States District Judge**

**DATED: February 12, 2020**