# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION**

| | |
|---|---|
| KEN JOHANSEN, on behalf of himself and others similarly situated, <br><br>         Plaintiff <br><br> vs. <br><br> ONE PLANET OPS INC., <br><br>         Defendant. | Case No. 2:16-cv-00121 |

**DECLARATION OF ERIC SCHACHTER RE: NOTICE PROCEDURES**

I, Eric Schachter, declare as follows:

1.      I am a Vice President of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. A.B. Data was appointed as the Settlement Administrator in this matter and is not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

**CAFA Notification**

2.      In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, A.B. Data compiled a CD-ROM containing the following documents: Class Action Complaint, Class Action Settlement Agreement, Proof of Claim Form, Proposed Final Approval Order and Judgment, Long Form Notice, Postcard Notice, Proposed Preliminary Approval Order, and Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Incorporated Memorandum in Support, which accompanied a cover letter (collectively, the "CAFA Notice Packet"). A copy of the cover letter is attached hereto as Exhibit A.

3.      On August 5, 2019, A.B. Data caused fifty-seven (57) CAFA Notice Packets to be mailed via Priority Mail from the U.S. Post Office in Milwaukee, Wisconsin to the persons listed in Exhibit B, *i.e.*, the U.S. Attorney General, the Attorneys General of each of the 50 States and the District of Columbia, and the Attorneys General of the five recognized U.S. Territories.

4.     On August 8, 2019, A.B. Data mailed an additional letter to the 57 recipients detailed in Exhibit B, correcting the filing date of Plaintiff's unopposed motion for preliminary approval. The additional letter provided the correct filing date of July 25, 2019. A copy of the correction letter is attached hereto as Exhibit C.

5.     As of the date of this Declaration, A.B. Data has not received any responses to the CAFA Notice Packet identified in ¶3 above or the correction letter referenced in ¶4.

**Class List**

6.     On or around August 2, 2019, A.B. Data received a file containing a list of eligible phone numbers ("Class List") from Defense Counsel.

7.     On or around August 5, 2019, A.B. Data facilitated, through a vendor, reverse directory searches of 9,406 of the telephone numbers on the Class List, each of which either lacked a corresponding name and address and/or was associated with multiple names. Upon completion of A.B. Data's analysis of the data returned by the vendor, the names and addresses of these 9,406 telephone numbers were updated, yielding 9,339 unique names and addresses.

8.     A.B. Data routinely performs reverse directory searches to identify names and addresses associated with telephone numbers for TCPA administrations, and this process has been relied upon by A.B. Data for a number of administrations in past years for the purpose of notice.

9.     A.B. Data formatted the list for mailing purposes and processed the names and addresses through the National Change of Address Database ("NCOA") to update any addresses on file with the United States Postal Service ("USPS"). A.B. Data updated its proprietary database with the Class List.

**Mailed Notice**

10.     On November 8, 2019, A.B. Data caused the Postcard Notice ("Postcard Notice") to be printed and mailed to the 9,339 unique names yielded during the reverse director search. A true and correct copy of the Postcard Notice is attached hereto as Exhibit D.

11.     Since mailing the Postcard Notices to the Settlement Class Members, A.B. Data has received 769 Postcard Notices returned by the USPS with undeliverable addresses. Through

credit bureau and/or other public-source databases, A.B. Data performed address searches for these undeliverable Postcard Notices and was able to find updated addresses for 261 Settlement Class Members. Following the re-mailing of Postcard Notices, 95 were returned once again as undeliverable. A.B. Data has not taken any further action on these Postcard Notices.

12.     Altogether, individual notice was successfully sent to 8,736 Settlement Class Members (94%) without a returned notice being received. There are 603 Settlement Class Members (6%) for whom valid addresses have not been found.

## Case Website

13.     On or around November 8, 2019, A.B. Data established a website, www.OPOSettlement.com, dedicated to this matter to provide information to the Settlement Class Members and to answer frequently asked questions. The website URL was set forth in the Notice, Publication Notice, and Claim Form. Visitors to the website could submit claims online and download copies of the Notice, the Claim Form, and other case-related documents. To date, the website has received 29,499 unique visits.

## Toll-Free Telephone Number

14.     On or around November 8, 2019, A.B. Data established a toll-free telephone number dedicated to answering telephone inquiries from Settlement Class Members. To date, A.B. Data has received and/or returned a total of 6,480 calls.

## Claim Forms

15.     The deadline for Settlement Class Members to file claims in this matter was January 9, 2020. To date, A.B. Data has received a total of 519 claims. After removing duplicative and invalid claims, there are preliminarily 456 claims eligible for payment. A.B. Data continues to undertake programmatic and manual audits and quality assurance reviews to identify duplicate and invalid claims.

## Requests for Exclusion from Class

16.     The deadline for Settlement Class Members to request to be excluded from the Class was January 9, 2020. To date, A.B. Data has received 2 requests for exclusion. A list of the requests for exclusion received is attached as Exhibit E.

**Objections to the Settlement**

17.    The deadline for Settlement Class Members to object to the Settlement was January 9, 2020. To date, A.B. Data has not received any objections and is not aware of any objections being submitted.

**Fund Distribution**

18.    A.B. Data has preliminarily calculated the Settlement Class Member Settlement awards. These calculations are based on the assumptions that the gross Settlement amount is $752,560.00, and from that amount, deductions are made for (a) attorneys' fees ($250,853.00); (b) attorneys' costs ($37,431.63); (c) named plaintiff award ($10,000.00); and (d) administration costs ($75,000.00). The remaining amount ($379,275.37) (the "Net Settlement Fund") will be distributed on a *pro rata* basis to Settlement Class Members with Approved Claims. Each Settlement Class Member who submits an Approved Claim shall be entitled to receive an amount equal to the Settlement Class Recovery divided by the total number of Approved Claims, which, if all currently eligible claims are accepted, is estimated to be $831.74 per claim. Should the Court-awarded fees or costs differ from those shown above, or if the list of Settlement Class Members approved for payment and/or their class data changes, the estimated award allocation calculations will change accordingly.


I declare under penalty of perjury under the laws of the State of Wisconsin that the foregoing is true and correct.


Executed this 13th day of February 2020 at Milwaukee, Wisconsin.


_____
Eric Schachter

# EXHIBIT A

**A.B. DATA, LTD.**
Class Action Administration



August 5, 2019

<u>via USPS Priority Mail</u>

**Re:** *Ken Johansen v. One Planet Ops, Inc.,* **Civil Action No. 2:16-cv-00121 (S.D. Ohio)**
**28 U.S.C. § 1715(b) Notification**

Dear Sir or Madam:

Settlement Administrator A.B. Data, Ltd., on behalf of the Defendant in the above-referenced action (the "Action"), provides the notice as specified in the Class Action Fairness Act of 2005, 28 U.S.C. § 1715(b).

The Action is pending before U.S. District Court Judge Algenon L. Marbley in the United States District Court for the Southern District of Ohio. On June 25, 2019, counsel for the Plaintiff filed an unopposed motion for preliminary approval of a Class Action Settlement Agreement (the "Settlement Agreement"). The Court has not yet preliminarily approved the Settlement Agreement or set a hearing date for final approval of the Settlement Agreement.

Please find enclosed a CD containing certain documents and information in ".pdf" format as required by the Class Action Fairness Act. These include the following enclosures:

1.  The Class Action Complaint, filed on February 10, 2016;

2.  The Settlement Agreement, executed on July 17, 2019;

3.  The Claim Form, Exhibit 1 of the Settlement Agreement;

4.  The (Proposed) Final Approval Order and Judgment, Exhibit 2 of the Settlement Agreement;

5.  The Postcard Notice, Exhibit 3 of the Settlement Agreement;

6.  The Long Form Notice, Exhibit 4 of the Settlement Agreement;

7.  The [Proposed] Preliminary Approval Order, Exhibit 5 of the Settlement Agreement; and

8.  The Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Incorporated Memorandum in Support.

Also included on the CD is a list containing the estimated number of class members residing in each state and the estimated proportionate share of the claims by state to the entire Settlement.

There are no contemporaneous agreements between Class Counsel and Defendant's Counsel in conjunction with the proposed Settlement other than the enclosed Settlement Agreement. At this time, there has been no final judgment or notice of dismissal, and there are no written judicial opinions relating to the Settlement Agreement.

The foregoing information is provided based upon what is currently available to date and the status of the proceedings at the time of the submission of this notice.

Sincerely,

A.B. Data, Ltd.
Settlement Administrator on behalf of Defendant

abdataclassaction.com

New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee

# EXHIBIT B

| Office | Name | Street Address 1 | Street Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| United States Attorney General | William Barr | US Department of Justice | 950 Pennsylvania Ave, NW | Washington | DC | 20530-0001 |
| Office of the Alabama Attorney General | Steve Marshall | 501 Washington Avenue | | Montgomery | AL | 36130 |
| Office of  the Alaska Attorney General | Jahna Lindemuth | 1031 W. 4th Avenue | Suite  200 | Anchorage | AK | 99811-0300 |
| Office of the American Samoa Attorney General | Talauega Eleasalo V. Ale | American Samoa Gov't, Exec. Ofc. Bldg | Utulei, Territory of American Samoa | Pago Pago | AS | 96799 |
| Office of the Arizona Attorney General | Mark Brnovich | 1275 W. Washington St. | | Phoenix | AZ | 85007 |
| Office of the Arkansas Attorney General | Leslie Rutledge | 323 Center St. | Ste. 200 | Little Rock | AR | 72201-2610 |
| Office of the California Attorney General | Xavier Becerra | 1300 I St. | Ste. 1740 | Sacramento | CA | 95814 |
| Office of the Colorado Attorney General | Phil Weiser | Ralph Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Office of the Connecticut Attorney General | William Tong | 55 Elm St. | | Hartford | CT | 06141-0120 |
| Office of the Delaware Attorney General | Kathy Jennings | Dept of Justice | 820 N. French St. Ste 1 | Wilmington | DE | 19801 |
| Office of the District of Columbia Attorney General | Karl A. Racine | 441 4th Street, NW | Ste. 1100S | Washington | DC | 20001 |
| Office of the Florida Attorney General | Ashley Moody | 300 The Capitol | PL 01 | Tallahassee | FL | 32399-1050 |
| Office of the Georgia Attorney General | Chris Carr | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Office of the Guam  Attorney General | Leevin T. Camacho | ITC Building | 590 S Marine Corps Dr, Ste. 706 | Tamuning | Guam | 96913 |
| Office of the Hawaii Attorney General | Clare E. Connors | 425 Queen St | | Honolulu | HI | 96813 |
| Office of the Idaho Attorney General | Lawrence Wasden | Statehouse | | Boise | ID | 83720-1000 |
| Office of the Illinois Attorney General | Kwame Raoul | 10 W. Randloph St | Ste 1200 | Chicago | IL | 60601 |
| Office of the Indiana Attorney General | Curtis T. Hill, Jr. | Indiana Government Center South - 5th Floor | 302 W. Washington St. | Indianapolis | IN | 46204 |
| Office of the Iowa Attorney General | Tom Miller | Hoover State Office Bldg. | 1305 E. Walnut | Des Moines | IA | 50319 |
| Office of the Kansas Attorney General | Derek Schmidt | 120 S.W. 10th Ave | 2nd Fl | Topeka | KS | 66612-1597 |
| Office of the Kentucky Attorney General | Andy Beshear | 700 Capitol Avenue | Capitol Building, Ste. 118 | Frankfort | KY | 40601 |
| Office of the Louisiana Attorney General | Jeff Landry | PO Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Office of the Maine Attorney General | Aaron Fray | State House Station 6 | | Augusta | ME | 04333 |
| Office of the Maryland Attorney General | Brian Frosh | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Office of the Massachusetts Attorney General | Maura Healey | 1 Ashburton Place | | Boston | MA | 02108-1698 |
| Office of the Michigan Attorney General | Dana Nessel | 525 W Ottawa St | G Mennen Willaims BLDG 7th FL | Lansing | MI | 48909-0212 |
| Office of the Minnesota Attorney General | Keith Ellison | Martin Luther King, Jr. Blvd. | Ste. 102 State Capital 75 DR | St. Paul | MN | 55155 |
| Office of the Mississippi Attorney General | Jim Hood | Department of Justice | PO Box 220 | Jackson | MS | 39205 |
| Office of the Missouri Attorney General | Eric Schmitt | PO BOX 899 | | Jefferson City | MO | 65101 |
| Office of the Montana Attorney General | Tim Fox | Justice Bldg. Third Floor | 215 N. Sanders | Helena | MT | 59620-1401 |
| Office of the Nebraska Attorney General | Doug Peterson | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509-8920 |
| Office of the Nevada Attorney General | Aaron Ford | Old Supreme Ct. Bldg. | 100 N. Carson St | Carson City | NV | 89701 |
| Office of the New Hampshire Attorney General | Gordon MacDonald | 33 Capitol St | | Concord | NH | 03301-6397 |
| Office of the New Jersey Attorney General | Gurbir S. Grewal | Richard J. Hughes Justice Complex | 25 Market St. | Trenton | NJ | 08625 |
| Office of the New Mexico Attorney General | Hector Balderas | PO Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Office of the New York Attorney General | Letitia A. James | Dept. of Law - The Capitol | 2nd fl. | Albany | NY | 12224 |
| Office of the North Carolina Attorney General | Josh Stein | Dept. of Justice | PO Box 629 | Raleigh | NC | 27602-0629 |
| Office of the North Dakota Attorney General | Wayne Stonehjem | State Capitol | 600 E. Boulevard Ave. | Bismark | ND | 58505 |
| Office of the Northern Mariana Islands Attorney General | Edward Manibusan | Administration Building | PO Box 10007 | Saipan | MP | 96950 |
| Office of the Ohio Attorney General | Dave Yost | State Office Tower | 30 E. Broad St. FL 14 | Columbus | OH | 43266-0410 |
| Office of the Oklahoma Attorney General | Mike Hunter | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Office of the Oregon Attorney General | Ellen F. Rosenblum | Justice Bldg. | 1162 Court St. | Salem | OR | 97301 |
| Office of the Pennsylvania Attorney General | Josh Shapiro | 393 Walnut Street | Strawerry Square, 15th Floor | Harrisburg | PA | 17120 |
| Office of the Puerto Rico Attorney General | Wanda Vazquez Garced | PO Box 902192 | | San Juan | PR | 00902-0192 |
| Office of the Rhode Island Attorney General | Peter Neronha | 150 S. Main St. | | Providence | RI | 02903 |
| Office of the South Carolina Attorney General | Alan Wilson | Rembert C. Dennis Office Bldg | PO Box 11549 | Columbia | SC | 29211-1549 |
| Office of the South Dakota Attorney General | Jason Ravnsborg | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501-8501 |
| Office of the Tennessee Attorney General | Herbert H. Slatery III | 425 5th Ave. North | | Nashville | TN | 37243 |
| Office of the Texas Attorney General | Ken Paxton | Capitol Station | PO Box 12548 | Austin | TX | 78711-2548 |
| Office of the Utah Attorney General | Sean Reyes | State Capital RM 236 | | Salt Lake City | UT | 84114-0810 |
| Office of the Vermont Attorney General | TJ Donovan | 109 State St. | Suite 1001 | Montpelier | VT | 05609-1001 |
| Office of the Virgin Islands Attorney General | Denise George-Counts | 34-38 Kronprindens Gade | Gers Bldg 2nd Floor | St. Thomas | VI | 00802 |
| Office of the Virginia Attorney General | Mark Herring | 202 N 9th St | | Richmond | VA | 23219 |
| Office of the Washington Attorney General | Bob Ferguson | 1125 Washington Street SE | PO Box 40100 | Olympia | WA | 98504-0100 |
| Office of the West Virginia Attorney General | Patrick Morrisey | State Capitol | 1900 Kanawha Blvd. E | Charleston | WV | 25305 |
| Office of the Wisconsin Attorney General | Josh Kaul | State Capitol, Rm 114 East | PO Box 7857 | Madison | WI | 53707-7863 |
| Office of the Wyoming Attorney General | Bridget Hill | State Capitol Bldg. | | Cheyenne | WY | 82002 |

# EXHIBIT C

**A.B. DATA, LTD.**
Class Action Administration



August 8, 2019

<u>via USPS Priority Mail</u>

Re:   ***Ken Johansen v. One Planet Ops, Inc.,*** **Civil Action No. 2:16-cv-00121 (S.D. Ohio)**
      **28 U.S.C. § 1715(b) Notification**

Dear Sir or Madam:

On August 5, 2019, A.B. Data, Ltd., on behalf of the Defendant in the above-referenced action, sent a 28 U.S.C. § 1715(b) Notification stating that counsel for the Plaintiff filed an unopposed motion for preliminary approval of a Class Action Settlement Agreement on June 25, 2019.  The motion's filing date in the Notification is incorrect.  The motion was filed on <u>July</u> 25, 2019.  A.B. Data, Ltd. is providing this letter to identify the correct filing date for the motion for preliminary approval.

Sincerely,

A.B. Data, Ltd.
Settlement Administrator on behalf of Defendant

# EXHIBIT D

**PLEASE READ THIS NOTICE**

A COURT ORDERED THIS NOTICE. YOU MAY BE
ELIGIBLE FOR BENEFITS FROM A PROPOSED
CLASS ACTION SETTLEMENT. YOUR RIGHTS
MAY BE AFFECTED BY THIS SETTLEMENT.

YOU MUST RESPOND TO THIS NOTICE BY
FILING A CLAIM FORM BY **JANUARY 9, 2020** TO
RECEIVE COMPENSATION. IF YOU DO NOT
WANT TO BE PART OF THE SETTLEMENT, YOU
MUST TAKE THE STEPS DESCRIBED IN THIS
NOTICE BY **JANUARY 9, 2020**.

A proposed settlement (the "Settlement") has been
reached in an alleged class action lawsuit, *Ken Johansen
v. One Planet Ops, Inc.*, No. 2:16-cv-0121, S.D. Ohio
(the "Action"). The lawsuit alleges Defendant made
telephone calls to residential telephone numbers in
violation of the Telephone Consumer Protection Act, 47
U.S.C. § 227 (the "TCPA"). Defendant denies that it
violated any laws or did anything wrong. The Parties have
agreed to the Settlement to avoid the burden, expense, risk
and uncertainty of continuing the Lawsuit.

*Johansen v. One Planet Ops, Inc.*
Settlement Administrator
c/o A.B. Data, Ltd.
P.O. Box 173033
Milwaukee, WI 53217

«Barcode»

Postal Service: Please do not mark barcode

Claim#: «ClaimID»-«MailRec»

«First1» «Last1»
«CO»
«Addr2»
«Addr1»
«City», «St»  «Zip»
«Country»

Who is included? Class Membership includes persons whose cell phone or residential telephone numbers were on the National Do Not Call Registry, who allegedly received more than one telemarketing call from or on behalf of the Defendant. The numbers called are on the Class List. You were identified as someone who is associated with a phone number on the Class List, and associated with the number XXX-XXX-XXXX. If this is your number, then you are a member of the Settlement Class.

**How much money can I get?** If the Court approves the Settlement, Settlement Class Members who timely submit a valid Claim Form will be entitled to an equal payment from the $752,560 Settlement Fund, after deducting the costs of Settlement Administration and Costs, as well as any attorneys' fee payment to Class Counsel. The estimated payout per person is $20, but that number could be higher or lower depending on the number of valid claims received by the Settlement Administrator.

Plaintiff will apply to the Court for an award of attorney's fees not to exceed $248,344 plus reimbursement of expenses incurred throughout the litigation of this action. Plaintiff will also apply to the Court for an award of $10,000 in incentive compensation to the Class Representative Ken Johansen.

**How can I be eligible for a payment?** You must complete a Claim Form and send it to the Settlement Administrator. Claim Forms may be mailed to the Settlement Administrator or submitted online at www.OPOSettlement.com. You may obtain a Claim Form by calling the Settlement Administrator at 866-545-1007. You may request at info@OPOSettlement.com that a claim form be mailed to you. **All completed Claim Forms must be received by the Settlement Administrator or postmarked no later than January 9, 2020 to be eligible for payment. Only valid and timely Claim Forms will be eligible for payment.**

**Your rights to opt-out or object.** If you do not want to be legally bound by the Settlement, you may "opt out" (exclude yourself) from the Settlement. If you opt out, you will not receive a payment, you may not object to the settlement, and you will not release any claims against Defendant. You will be free to pursue whatever legal

must mail a request for exclusion to the Settlement Administrator: *One Planet TCPA Settlement*, EXCLUSIONS, Settlement Administrator, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217, which must be postmarked no later than **January 9, 2020**, that includes your full name, address, telephone number or numbers, and a statement that you wish to be excluded from the settlement, and your signature.

You may object to the Settlement by submitting a written objection entitled *Ken Johansen v. One Planet Ops, Inc.*, No. 2:16-cv-0121, S.D. Ohio, to the Clerk of the Court for the Southern District of Ohio, Office of the Clerk, Joseph P. Kinneary U.S. Courthouse, Room 121, 85 Marconi Boulevard, Columbus, Ohio 43215. The objection must be postmarked no later than **January 9, 2020.** Your objection must also be mailed, postmarked no later than **January 9, 2020**, to the Settlement Administrator. Addresses for the Clerk of Court and Settlement Administrator are listed on the Settlement Website, which is listed at the end of this Notice. Any objection must include your full name; address; telephone numbers that you maintain were called; all grounds for your objection, with factual and legal support for each stated ground; the identity of any witnesses you may call to testify; copies of any exhibits that you intend to introduce into evidence; and a statement of whether you intend to appear at the Final Approval Hearing with or without counsel. Attendance at the hearing is not necessary. If you want to be heard orally (either personally or through counsel) in opposition to the Settlement you must file a timely objection as set forth above.

**What if I do Nothing?** You are not required to take any action. However, if you do not submit a Claim form or opt out of the Settlement, you will receive no compensation from the settlement and your rights to bring a lawsuit against the Defendant will be extinguished.

**Who is Class Counsel?** The Court has designated the following attorneys to represent the Settlement Class in this lawsuit: Brian K. Murphy, Jonathan P. Misny Murray Murphy Moul + Basil LLP, 1114 Dublin Road,

and Edward A. Broderick, 99 High St., Suite 304, Boston, MA 02110.

**Can I Appear at the Hearing through My Own Attorney?**  You will not be separately charged for the services of counsel representing the Class in this lawsuit. You have the right (but do not need) to retain your own attorney to represent you at the Final Approval Hearing, but if you do, you will be responsible for paying your own attorney's fees and expenses.

**When will the Settlement be finally approved?** The Court will hold a Final Approval Hearing (the "Hearing") at **10:00 am on February 25, 2020,** at the Joseph P. Kinneary U.S. Courthouse, Room 121, 85 Marconi Boulevard, Columbus, Ohio 43215, Courtroom 1, Room 331. At the Hearing, the Court will consider whether to approve the proposed Settlement as fair, reasonable, and adequate. The Court will also hear objections to the Settlement. If approval is denied, reversed on appeal, or does not become final, the case will continue and claims will not be paid.

**Want more information?** This Notice is only a summary of the proposed settlement. You may review additional details, as well as the Settlement Agreement and other relevant documents, at www.OPOSettlement.com. You may review all case filings online through Public Access to Court Electronic Records (PACER) or during business hours at Office of the Clerk, Joseph P. Kinneary U.S. Courthouse, Room 121, 85 Marconi Boulevard, Columbus, Ohio 43215. Please do not call the Judge or the Clerk of the Court. They cannot give you advice on your options.

# EXHIBIT E

**<u>Requests for Exclusion</u>**

| Number | Name | City, State | Class Member |
|--------|------|-------------|--------------|
| 1 | MARIAN L HALLORAN | MASON CITY, IA | Yes |
| 2 | ANDREW KAPLAN | NEW MILFORD, NJ | Yes |