# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **KEN JOHANSEN,** | : |
| | : |
|    **Plaintiff,** | : |
| | : Case No. 2:16-CV-0121 |
|    v. | : |
| | : **CHIEF JUDGE ALGENON L. MARBLEY** |
| **ONE PLANET OPS, INC.,** | : |
| | : **Magistrate Judge Preston Deavers** |
|    **Defendant.** | : |

## ORDER SETTING
## FINAL APPROVAL HEARING

Counsel shall carefully read this Order, note the date set forth for the Final Approval Hearing, and adhere to all of the requirements herein. The Final Approval Hearing is set for **Wednesday, March 4, 2020 at 12:00 p.m.** in Court Room 1, Room 331 of the U. S. Courthouse located at 85 Marconi Boulevard, Columbus, Ohio. Upon arrival, counsel will enter their appearance with the Court Reporter and the Courtroom Deputy Clerk before the start of the opening session of the hearing or any other proceeding before the Court.

   **IT IS SO ORDERED.**

                                                                                                            **s/Algenon L. Marbley**
                                                                                     **ALGENON L. MARBLEY**
                                                                                      **Chief United States District Judge**

**DATED: February 26, 2020**